# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JOHN E. COLE, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 1:24-cv-00629-AMM |
| | ) |
| **SOCIAL SECURITY** | ) |
| **ADMINISTRATION,** | ) |
| **Commissioner,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On December 18, 2024, the magistrate judge entered a Report and Recommendation and allowed the parties therein fourteen days in which to file objections to the recommendations made by the magistrate judge. Doc. 26. After obtaining an extension of time, Docs. 27–28, Plaintiff John E. Cole, Jr. filed objections to the magistrate judge's Report and Recommendation on January 13, 2025. Doc. 29. Three days later, Mr. Cole filed an addendum to his objections. Doc. 30.

After the filing of Mr. Cole's objections and addendum, this case was reassigned to the undersigned. Docs. 31–32. Then, Mr. Cole filed a motion for summary judgment, Doc. 33, a motion for equitable tolling, Doc. 34, and a motion for extension of time to file civil action, Doc. 35. The Commissioner moved to strike

all three motions. Doc. 36. And, Mr. Cole objected to the Commissioner's motion to strike. Doc. 37.

Mr. Cole continues to argue that a former judge of this district court entered a sentence six remand in 1988. Doc. 29 at 1–4. The magistrate judge addressed this argument in the Report and Recommendation. Doc. 26 at 5–6 n.4. Mr. Cole also continues to argue that his complaint "was not untimely filed," Doc. 29 at 4, and that he is entitled to equitable tolling. *Id.* at 5–6. The magistrate judge thoroughly examined the timeliness of Mr. Cole's complaint and the applicability of the doctrine of equitable tolling. Nothing in Mr. Cole's objections changes this analysis.

Mr. Cole argues that he has not abandoned his claim to mandamus relief. Doc. 30. However, as the magistrate judge observed, Mr. Cole abandoned any claims to mandamus relief. Doc. 26 at 6 n.4.

Mr. Cole's recent filings likewise do not change the analysis and conclusions of the Report and Recommendation. Mr. Cole moves for summary judgment on issues regarding the 1988 district court order, the 1989 Appeals Council decision, the timeliness of his complaint, and the applicability of equitable tolling. Doc. 33. For the reasons the Commissioner's motion for summary judgment is due to be granted, Mr. Cole's motion is **DENIED**. Similarly, Mr. Cole's "Request for Equitable Tolling," Doc. 34, is **DENIED** for the reasons explained in the Report and Recommendation. Finally, Mr. Cole's "Request for Extension of Time to File Civil

Action for Review of Commissioner's September 7, 2022 Determination," Doc. 35, is **DENIED** because it seeks relief from the Commissioner and not this court. Although the court finds the Commissioner's motion to strike, Doc. 36, meritorious, because Mr. Cole is not due relief pursuant to any of these recent filings, it is **DENIED** as moot. *Id.*

After careful consideration of the record in this case, the magistrate judge's Report and Recommendation, and Mr. Cole's objections and addendum thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the Commissioner's motion for summary judgment be **GRANTED** and Mr. Cole's request for declaratory relief be **DENIED**.

The court will enter a separate order in conformity with this memorandum opinion.

**DONE** and **ORDERED** this 23rd day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE